# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Preston Scott Mikottis | ) | Case No. 1:23-MJ-201 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2021 to April 28, 2023 in the county of Antrim in the Western District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(e) | Willfully make any threat or maliciously convey false information through the use of an instrument of interstate or foreign commerce to kill, injure or intimidate any individual or unlawfully damage any building by means of an explosive; |
| 18 USC 871(a) | Threat against the President of the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Complainant's signature*

Daniel L. Olson, Special Agent FBI
*Printed name and title*

*Judge's signature*

Date: May 5, 2023

City and state: Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*