UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

No. 1:23-MJ-201

v.

COMPLAINT
**PENALTY SHEET**

PRESTON SCOTT MIKOTTIS,

         Defendant.

_____/

**CHARGE – Willfully make any threat or maliciously convey false information through the use of an instrument of interstate or foreign commerce to kill, injure or intimidate any individual or unlawfully damage any building by means of an explosive** – 18 U.S.C. § 844(e)

**Maximum penalty:** Not more than 10 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Restitution**: [18:3663]

**CHARGE – Threat against the President of the United States** – 18 U.S.C. § 871(a)

**Maximum penalty:** Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Restitution**: [18:3663]

Date: May 5, 2023                       /s/Stephen P. Baker
                                                               Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046